

ORDERED in the Southern District of Florida on April 29, 2014.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**IRA WELLISCH,**  Case Number 13-40689-BKC-AJC
SSN XXX.XX.1204  Chapter 7

      Debtor.
_____/

### ORDER ON DEBTOR'S COUNSEL'S MOTION TO WITHDRAW AND DEBTOR'S MOTION FOR PROTECTIVE ORDER

**THIS CAUSE** came before the Court on April 29, 2014 at 10:30 A.M. on *Debtor's Counsel's Motion to Withdraw and Debtor's Motion for Protective Order*, and the Court having reviewed the file and heard argument of counsel, it is

**ORDERED AND ADJUDGED** as follows:

1.   *Debtor's Counsel's Motion to Withdraw* is **GRANTED.**

2.   Timothy S. Kingcade, Esq., is hereby relieved of further responsibility in this case.

Page 2.  *In re Wellisch, Ira*
Case No. 13-40689-BKC-AJC

3. All future correspondence regarding this case is to be served on Ira Wellisch, 11551 SW 80th Terrace, Miami, FL 33173 and via email at: irawellisch@comcast.net.

4. Debtor has thirty (30) days from the date of this order to retain new counsel.

5. *Debtor's Motion for Protective Order* is **MOOT** as the deposition scheduled for April 24, 2014 was cancelled.

###

Copy to:
Timothy S. Kingcade, Esq.
Attorney Kingcade is hereby directed to serve a copy of this order on all interested parties immediately upon receipt.